IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
ASHEVILLE, N.C.

AUG - 5 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES of AMERICA, ) | DOCKET NO. 3:14 cr 143 |
| ) | |
| ) | ORDER TO SEAL |
| v. ) | |
| ) | |
| MAURICE NORMAN LEVY, ) | |
| DERRICK ANTHONY LEVY, ) | |
| and ) | |
| MATTHEW CORRALES, ) | |
| Defendants. ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 5th day of August, 2014.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE