# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **DOCKET NO. 14-CR-143-FDW-DCK** |
| | ) | |
| v. | ) | |
| | ) | |
| **MAURICE NORMAN LEVY,** | ) | |
| **DERRICK ANTHONY LEVY, and** | ) | |
| **MATTHEW CORRALES,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER UNSEALING INDICTMENT AND ARREST WARRANTS

Upon motion of the government and for the reasons given, IT IS HEREBY ORDERED that the indictment and arrest warrants in the above-named matter be unsealed.

IT IS SO ORDERED.

Signed: November 21, 2014

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.