# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14-cr-143 |
| | ) | |
| v. | ) | |
| | ) | Order Authorizing Compliance |
| (1) MAURICE NORMAN LEVY | ) | with the Justice for All Act Using |
| (2) DERRICK ANTHONY LEVY | ) | Reasonable Alternative Measures |
| (3) MATTHEW CORRALES | ) | |
| | ) | |

On this date, the Court considered the Government's Unopposed Motion for an Order Authorizing Compliance with the Justice For All Act Using Reasonable Alternative Measures, pursuant to 18 U.S.C. § 3771(d)(2). Having considered the Motion and for good cause shown, the Court hereby **GRANTS** the Motion and **ORDERS** that for any public court proceeding in the above-captioned matter, the United States Department of Justice may provide reasonable, accurate, and timely notice to crime victims through publication on the website of the Department of Justice.

IT IS SO ORDERED.

Signed: May 18, 2021

_____
Frank D. Whitney
United States District Judge