UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14-cr-143 |
| v. | ) | |
| (1)  Maurice Norman Levy | ) | |

## ORDER

THIS MATTER is before the Court on the Government's Motion to Dismiss the Indictment (Dkt. No. 69) as to defendant Maurice Norman Levy.

Upon consideration of the Motion, it is hereby ORDERED that the Government's Motion to Dismiss the Indictment is GRANTED; and it is further ORDERED that the Indictment be, and hereby is, DISMISSED as to Defendant Maurice Norman Levy.

IT IS SO ORDERED this 16th day of December 2022.

FRANK D. WHITNEY
UNITED STATES DISTRICT JUDGE